Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
Abante Rooter & Plumbing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER & PLUMBING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS BRAND, LLC, d/b/a SEARS HOME IMPROVEMENT d/b/a SEARS HOME SERVICES,<br><br>Defendant. | **CASE NO: 4:17-CV-03312-JSW**<br><br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety on individual basis. Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to the class, within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after January 12, 2018 for filing a Request for Dismissal.

Respectfully submitted,

**Hyde & Swigart, APC**

Date: November 13, 2017

By: s/Yana A. Hart
Yana A. Hart, Esq.
*Attorneys for Plaintiff*