Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Abante Rooter & Plumbing

Teresa C. Chow, SBN 237694
tchow@bakerlaw.com
Jihee Ahn, sbn 292659
jahn@bakerlaw.com
**Baker & Hostetler LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California  90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER & PLUMBING, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>SEARS BRAND, LLC, d/b/a SEARS HOME IMPROVEMENT d/b/a SEARS HOME SERVICES,<br><br>            Defendant. | **Case No.: 4:17-cv-3312-JSW**<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. JEFFREY S. WHITE** |

Plaintiff ABANTE ROOTER & PLUMBING ("Plaintiff") and defendant, SEARS BRANDS, LLC[1] d/b/a SEARS HOME IMPROVEMENT d/b/a SEARS HOME SERVICES ("Defendant"), hereby stipulate and jointly move to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), each party shall bear its own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

WHEREFORE, the parties respectfully stipulate and request that this Court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

Dated: November 30, 2017

**HYDE & SWIGART APC**

By: s/Yana A. Hart, Esq.
    Yana A. Hart
    *Attorney for Plaintiff*

Dated: November 30, 2017

**BAKER & HOSTELER LLP**

By: s/Teresa C. Chow
    Teresa C. Chow
    *Attorney for Defendant*

---

[1] Plaintiff erroneously named Defendant in the lawsuit as Sears Brand, LLC.

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Teresa C. Chow, counsel for the Defendant, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: November 30, 2017               **HYDE & SWIGART APC**

                                        By:  s/Yana A. Hart, Esq.
                                            Yana A. Hart
                                            *Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER & PLUMBING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS BRAND, LLC, d/b/a SEARS HOME IMPROVEMENT d/b/a SEARS HOME SERVICES,<br><br>Defendant. | Case No.: 4:17-cv-3312-JSW<br><br>**[PROPOSED] ORDER** |

Having considered the Parties' Stipulation, and for good cause being shown:

**IT IS HEREBY ORDERED THAT** this action is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

_____
HON. JEFFREY S. WHITE
U.S. District Judge

**PROPOSED ORDER**                                                                 4:17-cv-3312-JSW