IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER & PLUMBING, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>SEARS BRAND, LLC, d/b/a SEARS HOME IMPROVEMENT d/b/a SEARS HOME SERVICES,<br><br>                    Defendant. | Case No.: 4:17-cv-3312-JSW<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION OF DISMISSAL |

Having considered the Parties' Stipulation, and for good cause being shown:

**IT IS HEREBY ORDERED THAT** this action is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

December 5, 2017

_____
HON. JEFFREY S. WHITE
U.S. District Judge

**HYDE & SWIGART**
San Diego, California

~~PROPOSED~~ ORDER                                                                                 4:17-cv-3312-JSW